**In re Lawrence E. GRIFFIN, Petitioner.**

No. 02–6179.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Lawrence E. Griffin, Petitioner Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Lawrence E. Griffin petitions for a writ of mandamus, seeking a coram nobis hearing challenging his 1981 conviction in the District of Columbia court system. This court does not have jurisdiction to review District of Columbia cases or cases in oth-

er federal circuits. *See District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 482, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Gurley v. Superior Court of Mecklenburg County,* 411 F.2d 586, 587 (4th Cir.1969). Because we do not have jurisdiction to grant the requested relief, we deny the petition. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*